# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NETTIE J. ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   Case No.  CIV-08-1117-F |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF THE SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On October 15, 2009, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation, wherein she recommended that the defendant's decision to deny plaintiff's application for disability insurance benefits be reversed and that the case be remanded for further consideration consistent with the Report and Recommendation.  Magistrate Judge Couch therein advised the parties of their right to object to the Report and Recommendation by November 4, 2009, and further advised the parties that failure to file a timely objection waives the right to appellate review of the factual and legal issues addressed.

To date, no objection to the Report and Recommendation has been filed, and no request for an extension of time to object has been filed.  With no objection being filed by either party within the time prescribed, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Valerie K. Couch on October 15, 2009 (doc. no. 14) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**.  The decision of defendant, Michael

J. Astrue, Commissioner of the Social Security Administration, is **REVERSED**, and this matter is **REMANDED** to the defendant, pursuant to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g), for further consideration consistent with the Report and Recommendation. Judgment shall issue forthwith.

DATED November 5, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

08-1117p002.wpd